UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY HORRIGAN,

    Plaintiff,

v.                                                             Case No. 6:20-cv-1034-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Before the Court is the Unopposed Motion for Entry of Judgment with Reversal and Remand (Doc. 20). The Commissioner of Social Security seeks reversal and remand for further proceedings, and Plaintiff consents to the relief requested. (*Id.*, p. 1). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 18).

Accordingly, it is **ORDERED** that the Unopposed Motion for Entry of Judgment With Reversal and Remand (Doc. 20) is **GRANTED** as follows:

(1)     Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings as follows: "Upon remand, the Commissioner will further evaluate Plaintiff's

claim, including determining what work, if any, Plaintiff can perform."
(Doc. 20, p. 1).

(2)  If Plaintiff prevails in this action on remand, Plaintiff must comply with the Order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22.

(3)  The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on February 24, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

2